1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON PROM, KENNY PRACH, ARIANA DIAZ, GARY LOCH, ADAM NHEM, HILBERTO AREVALOS, SEAN CHAICHANHDA, and RONNIE DETHVONGSA,<br><br>Defendants. | CASE NO. 2:16-MJ-0127-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)<br><br>DATE: July 15, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn C. Delaney |

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendants JASON PROM and HILBERTO AREVALOS, both individually and by and through their respective counsels of record, NOA OREN and SCOTT TEDMON, hereby stipulate as follows:

   1.   The Complaint in this case was filed on June 29, 2016.

   2.   Defendants PROM and AREVALOS first appeared before a judicial officer of the Court in which the charges were pending on July 1, 2016. Also on that date, PROM was ordered detained, and AREVALOS was released on conditions.

   3.   The other co-defendants in this case have yet to make an appearance before a judicial officer of the Court in which the case's charges are pending: KENNY PRACH was arrested in the

1
STIPULATION

District of Nevada on June 30, 2016; ordered detained on July 1, 2016; and ordered transported to the Eastern District of California. The other defendants remain at large.

4. On July 1, 2015, the court set a preliminary hearing date of July 15, 2016.

5. By this stipulation, defendants PROM and AREVALOS consent to an extension of the preliminary hearing date to July 22, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow for the government's continuing investigation of the case. The parties further agree that good cause exists for the extension of time and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a prompt disposition of their criminal cases. Fed. R. Crim. Pro. 5.1(d).

IT IS SO STIPULATED.

Dated: July 12, 2016                         BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ AMANDA BECK
                                             AMANDA BECK
                                             Assistant United States Attorney

Dated: July 12, 2016                         /s/ NOA OREN
                                             NOA OREN
                                             Counsel for Defendant
                                             JASON PROM

Dated: July 12, 2016                         /s/ SCOTT TEDMON
                                             SCOTT TEDMON
                                             Counsel for Defendant
                                             HILBERTO AREVALOS

2

STIPULATION

PHILLIP A. TALBERT
Acting United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON PROM, KENNY PRACH, ARIANA DIAZ, GARY LOCH, ADAM NHEM, HILBERTO AREVALOS, SEAN CHAICHANHDA, and RONNIE DETHVONGSA,<br><br>Defendants. | CASE NO. 2:16-MJ-0127-EFB<br><br>[PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)<br><br>DATE: July 15, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn C. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on July 12, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The Court further finds that the extension of time would not adversely affect the defendants or the public interest in the prompt disposition of criminal cases.

//

//

//

1

[PROPOSED] FINDINGS AND ORDER

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to July 22, 2016, at 2:00 p.m.

2. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  July 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER